# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID MURPHY,

    Petitioner

v.

CALVIN JOHNSON, et al.,

    Respondents

Case No.: 2:21-cv-00092-JAD-DJA

**Order Directing Action
by March 28, 2021**

    Petitioner David Murphy has submitted a *pro se* petition for writ of habeas corpus.[1] His application to proceed *in forma pauperis* is incomplete, however; he has failed to include the required inmate account statements for the past six months and a completed financial certificate.[2] Accordingly, this matter has not been properly commenced.[3]

    It is unclear from the papers presented whether a dismissal without prejudice could materially affect a later analysis of any timeliness issue with regard to a new federal action. Therefore, Murphy has 30 days from the date of this order to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. Failure to do so may result in the dismissal of this action without prejudice.

---

[1] ECF No. 1-1.
[2] 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.
[3] *Id*.

IT IS THEREFORE ORDERED that **petitioner must submit either the $5.00 filing fee or a fully completed application to proceed** *in forma pauperis* **by March 28, 2021, or this action may be dismissed without prejudice and without further prior notice.**

Dated: February 26, 2021

_____
U.S. District Judge Jennifer A. Dorsey