UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MURPHY,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 2:21-cv-00092-CDS-DJA<br><br>Order Granting Extension of Time to File First-Amended Petition to December 2, 2022<br><br>[ECF No. 15] |

　　　　28 U.S.C. § 2254 habeas corpus petitioner David Murphy seeks an extension of time to file an amended petition. ECF No. 15. He indicates that respondents do not oppose. Good cause appearing,

　　　　**IT IS ORDERED** that petitioner's motion for extension of time to file an amended petition (ECF No. 15) is **GRANTED. The deadline to file the amended petition is extended to December 2, 2022.**

　　　　DATED: October 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE