UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MURPHY,<br><br>               Petitioner<br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>               Respondents | Case No. 2:21-cv-00092-CDS-DJA<br><br>Order Granting Extension of Time to File First-Amended Petition to January 3, 2023<br><br>(ECF No. 17) |

      28 U.S.C. § 2254 habeas corpus petitioner David Murphy seeks an extension of time to file an amended petition. (ECF No. 17.) He indicates that respondents do not oppose. Good cause appearing,

      **IT IS ORDERED** that petitioner's second motion for extension of time to file an amended petition (ECF No. 17) is **GRANTED. The deadline to file the amended petition is extended to January 3, 2023.**

      DATED: November 23, 2022

_____
UNITED STATES DISTRICT JUDGE