UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MURPHY,<br><br>　　　　　　　Petitioner<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　Respondents | Case No. 2:21-cv-00092-CDS-DJA<br><br>Order Granting Extension of Time to File First-Amended Petition to January 17, 2023<br><br>[ECF No. 19] |

28 U.S.C. § 2254 habeas corpus petitioner David Murphy seeks an extension of time to file an amended petition. (ECF No. 19.) He indicates that respondents do not oppose. Good cause appearing,

**IT IS ORDERED** that petitioner's third motion for extension of time to file an amended petition (ECF No. 19) is **GRANTED. The deadline to file the amended petition is extended to January 17, 2023.**

DATED: January 10, 2023

_____
UNITED STATES DISTRICT JUDGE