```
AARON D. FORD
  Attorney General
Katrina A. Lopez (Bar. No. 13394)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3770 (phone)
(702) 486-2377 (fax)
KSamuels@ag.nv.gov
```
*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MURPHY,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents | Case No. 2:21-cv-00092-CDS-DJA<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 21)**<br><br>**(FIRST REQUEST)**<br>**[ECF No. 24]** |

      Respondents move this Court for an enlargement of time of 60 days from the current due date of April 17, 2023, up to and including June 16, 2023, in which to file their Response to Murphy's Amended Petition for Writ of Habeas Corpus. ECF No. 21. This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

      This is the first enlargement of time sought by Respondents and is brought in good faith and not for the purpose of delay.

      DATED April 17, 2023

Submitted by:

AARON D. FORD
Attorney General

By:   */s/ Katrina A. Lopez*
      Katrina A. Lopez
      Deputy Attorney General

**DECLARATION OF KATRINA A. LOPEZ**

I, Katrina A. Lopez, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *David Murphy v. Calvin Johnson, et al.*, Case No. 2:21-cv-00092-CDS-DJA, and as such, have personal knowledge of the matters contained herein.

2. This Motion is made in good faith and not for the purpose of delay.

3. The Response to Murphy's Amended Petition is currently due on Monday, April 17, 2023.

4. Respondents have been unable with due diligence to timely complete the Response.

5. In the past few months, Respondents filed a motion to dismiss filed February 2, 2023 (*Jerry E. Johnson v. Calvin Johnson, et al.*, Case No. 2:22-cv-00642-JAD-DJA); a reply in support of a motion to dismiss filed February 9, 2023 (*Corry Alexis Hawkins. v. Calvin Johnson, et al.,* Case No. 2:20-cv-01852-CDS-VCF); an answer filed March 9, 2023 (*Delbert Charles Cobb v. E.K. McDaniels, et al.*, Case No. 3:15-cv-00172-MMD-CSD); a response in support of answer filed March 23, 2023 (*Christopher Ryan Martin v. Tom Lawson, et al.,* Case No. 2:22-cv-00850-APG-VCF); an answer filed March 24, 2023 (*Cory O'Neal Brewer v. William Reubart, et al.,* Case No. 3:20-cv-00396-MMD-CLB); a response to motion to strike filed April 7, 2023 (*Christopher Ryan Martin v. Tom Lawson, et al.,* Case No. 2:22-cv-00850-APG-VCF); and various responses in state post-conviction cases.

6. Additionally, Respondents are reshuffling cases to accommodate various deadlines due to losing 3 Senior Deputy Attorney Generals and 5 Deputy Attorney Generals within a 15-month period. As a result, Respondents need additional time to complete the Response.

7. Respondents communicated with counsel for Murphy regarding this extension and they do not object to this request.

8. Based on the forgoing, Respondents respectfully request an enlargement of time of 60 days from the current due date, April 17, 2023, up to and including June 16, 2023, to file our Response to Murphy's Amended Petition.

/ / /

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2023.

                                                 /s/ *Katrina A. Lopez*
Katrina A. Lopez (Bar. No. 13394)
Deputy Attorney General

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT

Dated:   April 17, 2023