UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| David Murphy,<br><br>　　　　　　Petitioner<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>　　　　　　Respondents | Case No. 2:21-cv-00092-CDS-DJA<br><br>**Order Granting Extension of Time to File Response to First-Amended Petition to July 31, 2023**<br><br>[ECF No. 26] |

　　　Respondents ask the court for an extension of time to file a response to David Murphy's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 26. Good cause appearing,

　　　**IT IS ORDERED** that respondents' unopposed second motion for extension of time to file a response to the amended petition **[ECF No. 26] is GRANTED. The deadline to file the response is extended to July 31, 2023.**

　　　DATED: June 20, 2023

_____
UNITED STATES DISTRICT JUDGE