UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| David Murphy,<br><br>                Petitioner<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>                Respondents | Case No. 2:21-cv-00092-CDS-DJA<br><br>Order Granting Extension of Time to File Response to First-Amended Petition to August 30, 2023<br><br>[ECF No. 28] |

      Respondents ask the court for an extension of time to file a response to David Murphy's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 28. Good cause appearing,

      **IT IS ORDERED** that respondents' third motion for extension of time to file a response to the amended petition **[ECF No. 28] is GRANTED** *nunc pro tunc*. **The deadline to file the response is extended to August 30, 2023.**

      DATED: August 1, 2023

                                                    _____
                                                   UNITED STATES DISTRICT JUDGE