UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| David Murphy,<br><br>　　　　　　Petitioner<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>　　　　　　Respondents | Case No. 2:21-cv-00092-CDS-DJA<br><br>**Order Granting Extension of Time to Oppose Motion to Dismiss to November 10, 2023**<br><br>[ECF No. 48] |

　　　David Murphy asks the Court for an extension of time to oppose respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 48. Good cause appearing,

　　　IT IS ORDERED that petitioner's unopposed first motion for extension of time to oppose the motion to dismiss **[ECF No. 48] is GRANTED** *nunc pro tunc.* **The deadline to file the opposition is extended to November 10, 2023.**

　　　DATED: September 12, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE