UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| David Murphy, | Case No. 2:21-cv-00092-CDS-DJA |
| Petitioner | **Order Granting Extension of Time to Oppose Motion to Dismiss to December 11, 2023** |
| v. | |
| Calvin Johnson, et al., | [ECF No. 51] |
| Respondents | |

David Murphy seeks an extension of time to oppose respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 51. Good cause appearing,

IT IS ORDERED that petitioner's unopposed second motion for extension of time to oppose the motion to dismiss **[ECF No. 51] is GRANTED,** *nunc pro tunc.* **The deadline to file the opposition is extended to December 11, 2023.**

DATED: November 16, 2023

_____
UNITED STATES DISTRICT JUDGE