UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| David Murphy,<br><br>    Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>    Respondents | Case No. 2:21-cv-00092-CDS-DJA<br><br>**Order Granting Extension of Time to Oppose Motion to Dismiss to January 15, 2024**<br><br>[ECF No. 53] |

David Murphy asks the court for an extension of time to oppose respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 53. Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed third motion for extension of time to oppose the motion to dismiss **[ECF No. 53] is GRANTED** *nunc pro tunc*. **The deadline to file the opposition is extended to January 15, 2024.**

DATED: December 13, 2023

_____
United States District Judge