UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| David Murphy,<br><br>          Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>          Respondents | Case No. 2:21-cv-00092-CDS-DJA<br><br>Order Granting Extension of Time to Reply in Support of Motion to Dismiss to April 8, 2024<br><br>[ECF No. 59] |

Respondents seek an extension of time to file a reply in support of their motion to dismiss David Murphy's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 59. Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file a reply in support of the motion to dismiss **[ECF No. 59] is GRANTED. The deadline to file the reply is extended to April 8, 2024.**

Dated: March 7, 2024

_____
United States District Judge