# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| David Murphy,<br><br>                    Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>                    Respondents | Case No.: 2:21-cv-00092-CDS-DJA<br><br>**Order Granting Extension of Time to File Answer to Petition to November 11, 2024**<br><br>[ECF No. 65] |

Respondents ask the Court for an extension of time to file their answer to petitioner David Murphy's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 65. Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for an extension of time to file their answer to the petition **[ECF No. 65] is GRANTED** nunc pro tunc. **The deadline to file the answer is extended to November 11, 2024.**

Dated: September 12, 2024

_____
Cristina D. Silva
United States District Judge