# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| David Murphy, | Case No.: 2:21-cv-00092-CDS-DJA |
| Petitioner | **Order Granting Extension of Time to File Answer to Petition to January 27, 2025** |
| v. | |
| Calvin Johnson, et al., | [ECF No. 69] |
| Respondents | |

Respondents ask the Court for an extension of time to file their answer to petitioner David Murphy's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 69. Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file their answer to the petition **[ECF No. 69] is GRANTED** nunc pro tunc. **The deadline to file the answer is extended to January 27, 2025.**

Dated: January 3, 2025

_____
Cristina D. Silva
United States District Judge