# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

David Murphy,

    Petitioner

v.

Calvin Johnson, et al.,

    Respondents

Case No.: 2:21-cv-00092-CDS-DJA

**Order Granting Extension of Time to File Answer to Petition to February 3, 2025**

[ECF No. 71]

Respondents ask the Court for an extension of time to file their answer to David Murphy's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 71. Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file their answer to the petition **[ECF No. 71] is GRANTED** nunc pro tunc. **The deadline to file the answer is extended to February 3, 2025.**

Dated: January 28, 2025

_____
Cristina D. Silva
United States District Judge