# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| David Murphy,<br><br>　　　　Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>　　　　Respondents | Case No.: 2:21-cv-00092-CDS-DJA<br><br>**Order Granting Extension of Time to File a Reply in Support of the Petition to July 3, 2025**<br><br>[ECF No. 77] |

　　　28 U.S.C. § 2254 habeas corpus petitioner David Murphy asks the Court for an extension of time to file a reply in support of the petition. ECF No. 77. Good cause appearing,

　　　IT IS ORDERED that petitioner's unopposed motion for extension of time to file a reply in support of the petition **[ECF No. 77] is GRANTED** nunc pro tunc. **The deadline is extended to July 3, 2025.**

　　　Dated: May 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge