# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| David Murphy, | Case No.: 2:21-cv-00092-CDS-DJA |
| Petitioner | **Order Granting Extension of Time to File a Reply in Support of the Petition to August 18, 2025** |
| v. | |
| Calvin Johnson, et al., | [ECF No. 79] |
| Respondents | |

28 U.S.C. § 2254 habeas corpus petitioner David Murphy asks the Court for an extension of time to file a reply in support of the petition. ECF No. 79. Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to file a reply in support of the petition **[ECF No. 79] is GRANTED** nunc pro tunc. **The deadline is extended to August 18, 2025.**

Dated: July 7, 2025

_____
Cristina D. Silva
United States District Judge