# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| David Murphy,<br><br>        Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>        Respondents | Case No.: 2:21-cv-00092-CDS-DJA<br><br>**Order Granting Extension of Time to File a Reply in Support of the Petition to August 22, 2025**<br><br>[ECF No. 81] |

      28 U.S.C. § 2254 habeas corpus petitioner David Murphy asks the Court for an extension of time to file a reply in support of the petition. Mot., ECF No. 81. Good cause appearing,

      IT IS ORDERED that the petitioner's motion for extension of time to file a reply in support of the petition **[ECF No. 81] is GRANTED** nunc pro tunc. **The deadline is extended to August 22, 2025.**

      Dated: August 19, 2025

                                                  _____
                                                  Cristina D. Silva
                                                  United States District Judge